Filed 2/20/24  P. v. S.E. CA2/5

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>S.E.,<br><br>Defendant and Appellant. | B330149<br><br>(Los Angeles County<br>Super. Ct. No.<br>SJ0011A) |

APPEAL from an order of the Superior Court of Los Angeles County, Susan Ser, Judge.  Affirmed.

Sarah M. Javaheri, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Respondent.

After a contested jurisdictional hearing, the juvenile court sustained a wardship petition against then-minor S.E. pursuant to Welfare and Institutions Code section 602, subdivision (a).  In an order dated May 17, 2023, the court found true beyond a reasonable doubt the allegation that S.E. committed misdemeanor assault by means of force likely to produce great bodily injury.  (Pen. Code, § 245, subd. (a)(4).)  The court placed S.E. home on probation and ordered certain terms and conditions of probation.

S.E. timely appealed the findings and order of the court.  We appointed counsel.  After reviewing the record, counsel filed an opening brief asking this court to review the record independently pursuant to *People v. Wende* (1979) 25 Cal.3d 436, 441 (*Wende*).  On January 10, 2024, we advised S.E. that she had 30 days to submit any contentions or issues she wished us to consider.  No response has been received to date.

We have examined the entire record.  We are satisfied no arguable issues exist and that S.E.'s counsel has fully satisfied her responsibilities under *Wende*.  (*Smith v. Robbins* (2000) 528 U.S. 259, 279–284; *Wende*, *supra*, 25 Cal.3d at p. 441.)

**DISPOSITION**

The juvenile court's May 17, 2023 order is affirmed.

NOT TO BE PUBLISHED.

MOOR, J.

WE CONCUR:

BAKER, Acting P. J.

LEE, J.*

---

\*      Judge of the San Bernardino Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.